# Exhibit A

Person Filing: Leyosha Smith
Address (if not protected): 207 N Maguire Ave #282
City, State, Zip Code: Tucson AZ 85710
Telephone: 920 499 7130
Email Address: smithleyosha@gmail.com
Representing [✓] Self or [ ] Attorney for ___
Lawyer's Bar Number: ___

## SUPERIOR COURT OF ARIZONA
## IN Pima COUNTY

Leyosha Smith
**Name of Plaintiff**

Case Number: C20204708

D. DOUGLAS METCALF

And American Red Cross
Eric Decair / Bonnie Tanner
**Name of Defendant**

SUMMONS

**WARNING**: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** American Red Cross
Eric Decair / Bonnie Tanner
**Name of Defendant**

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to

Case Number: _____

the Clerk of the Superior Court.

Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3. If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5. Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6. Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

**SIGNED AND SEALED** this date _____ 1 3 _____

GARY L. HARRISON
**CLERK OF SUPERIOR COURT**

By _____
**Deputy Clerk**

Person Filing: Leyosha Smith
Address (if not protected): 207 N Maguire Ave #232
City, State, Zip Code: Tucson AZ 85710
Telephone: 920 499 7130
Email Address: smith.leyosha@gmail.com
Representing [✓] Self or [ ] Attorney for _____
Lawyer's Bar Number: _____

## SUPERIOR COURT OF ARIZONA
## IN Pima COUNTY

Leyosha Smith
**Name of Plaintiff**

Case Number: C20204708

D. DOUGLAS METCALF

And American Red Cross
Eric Decair / Bonnie Tanner
**Name of Defendant**

**SUMMONS**

---

**WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

---

**FROM THE STATE OF ARIZONA TO:** American Red Cross
Eric Decair / Bonnie Tanner
**Name of Defendant**

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to

Case Number: _____

the Clerk of the Superior Court.

Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3. If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5. Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6. Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

APR 1 3 2020

**SIGNED AND SEALED this date** _____
CLERK OF SUPERIOR COURT   GARY L. HARRISON

By _____
Deputy Clerk   Russell Bird

Person Filing: Leyosha Smith
Address (if not protected): 201 N Maguire Ave #293
City, State, Zip Code: Tucson AZ 85710
Telephone: 970 499 7130
Email Address: smthleyosha@gmail.com
Representing [✓] Self or [ ] Attorney for ____
Lawyer's Bar Number: ____

FILED
20 APR 13 PM 2:57
S. MAY, DEPUTY CLERK
Russell Bird

### SUPERIOR COURT OF ARIZONA
IN Pima COUNTY

Leyosha Smith
**Name of Plaintiff**

Case Number: C20201708
D. DOUGLAS METCALF

**Title: CIVIL COMPLAINT**

American Red Cross
**Name of Defendant**

Eric Decair

Bonnie Tanner

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

**JURISDICTION and VENUE**

1. The Superior Court in Pima County has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

    [✓] The value of this case exceeds $10,000 dollars.

    [ ] Replevin or other nonmonetary remedy will take place in ____ County.

    [✓] The Plaintiff resides in Pima County.

    [✓] The Defendant resides in Pima County.

    [✓] The Defendant does business in Pima County.

**Case Number:** _____

[✓] The events, actions, or debts subject of this Complaint occurred in __Pima__ County.

[ ] Other reason: _____

## DISCOVERY TIER

2. Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request.

    [✓] Tier 1 = Actions claiming $50,000 or less in damages.

    [ ] Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

    OR   Actions claiming nonmonetary relief.

    [ ] Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3. The Plaintiff in this case is:

    __Lluyosha Smith__

4. The Defendant in this case is:

    __American Red Cross__
    __Eric Decair / Bonnie Tanner.__

## STATEMENT OF FACTS AND BREACH

5. __On 9-26-19 Eric Decair and Bonnie Tanner wrongfully terminated me__

Case Number: _____

6. after 7.5 years out of for retaliation and personal perceptions

7. During employment I was harassed by supervisor and accused of using drugs

8. I was not treated equally and fairly from manager and supervisor

9. During employment I was targeted and harassed for ethnic hair styles

10. _____

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

APPLICABLE LAW SUPPORTING CLAIMS

(  ) Employment Protection Act
ARS 23-1501

(  ) ARS -13-2921

(  ) _____

Case Number: _____

( ) _____

( ) _____

( ) _____

( ) _____

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

**INJURIES**

( ) ~~Emotional~~ distress
    moderate PTSD / currently going counseling

( ) unable to find other work

( ) unable to obtain work verification

( ) _____

( ) _____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

Case Number: _____

## DEMAND FOR RELIEF

**WHEREFORE,** Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs, and expenses incurred herein, or non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

(  ) _____
    _____

(  ) _____
    _____
    _____

(  ) _____
    _____

(  ) _____
    _____
    _____

(  ) _____
    _____

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

Dated this __APR 1 3 2020__.
         *(Date of signature)*

_____
(Signature of Plaintiff or Plaintiff's Attorney)

Person Filing: Leyosha Smith
Address (if not protected): 207 N Maguire Ave #232
City, State, Zip Code: Tucson AZ 85710
Telephone: 520 499 7130
Email Address: smithleyosha@gmail.com
Representing [✓] Self or [ ] Attorney for _____
Lawyer's Bar Number: _____

FILED
20 APR 13 PM 2:58
S. MAY DEPUTY CLERK
Russell Bird

## SUPERIOR COURT OF ARIZONA
IN Pima COUNTY

Leyosha Smith

Case Number: C20201708
D. DOUGLAS METCALF

**PLAINTIFF**

**CERTIFICATE OF COMPULSORY ARBITRATION**

vs.

American Red Cross
Enc Decair
Bonnie Tanner

**DEFENDANT**

The undersigned certifies that the largest award sought by the complainant, including punitive damages, but excluding interest, attorneys' fees, and costs [ ] does [✓] does not exceed limits set by Local Rule for compulsory arbitration. This case [✓] is [ ] is not subject to compulsory arbitration as provided in Rules 72 through 77 of the Rules of Civil Procedure.

SUBMITTED this _____ day of _____, 20___.

BY _Alys_____

In the Superior Court of the State of Arizona
In and For the County of **Pima**

Case Number _____

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Plaintiff's Attorney _____

Attorney Bar Number _____

Plaintiff's Name(s): (List all) **Leyusha Smith**

_____

_____

(List additional plaintiffs on page two and/or attach a separate sheet)

Defendant's Name(s): (List All) **American Red Cross Enc Decair**
**Bunnie Tanner**

(List additional defendants on page two and/or attach a separate sheet)

☐ **1 3 2020**

**C202 01708**
**D. DOUGLAS METCALF**

Plaintiff's Address: **207 N Maguire Ave #232**
**Tucson AZ 85710**

## RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:

**IMPORTANT: Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected.** State the monetary amount in controversy or place an "X" next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.

☑ Amount Claimed $ **50,000**     ☑ Tier 1     ☐ Tier 2     ☐ Tier 3

## NATURE OF ACTION

Place an "X" next to the **one** case category that most accurately describes your primary case. **Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected as indicated above.**

**TORT MOTOR VEHICLE:**
☐ Non-Death/Personal Injury*
☐ Property Damage*
☐ Wrongful Death*

**TORT NON-MOTOR VEHICLE:**
☐ Negligence*
☐ Product Liability— Asbestos*
☐ Product Liability— Tobacco*
☐ Product Liability— Toxic/Other*
☐ Intentional Tort*
☐ Property Damage*
☐ Legal Malpractice*

☐ Malpractice – Other professional*
☐ Premises Liability*
☐ Slander/Libel/Defamation*
☐ Other (**Specify**) _____*

**MEDICAL MALPRACTICE:**
☐ Physician M.D.*     ☐ Hospital*
☐ Physician D.O.*     ☐ Other*

**CONTRACTS:**
☐ Account (Open or Stated)*
☐ Promissory Note*
☐ Foreclosure*

☐ Buyer-Plaintiff*
☐ Fraud*
☐ Other Contract (e.g., Breach of Contract)*
☐ Excess Proceeds – Sale*
☐ Construction Defects (Residential/Commercial)*
　　☐ Six to Nineteen Structures*
　　☐ Twenty or More Structures*
☐ Credit Card Debt (Maricopa County Filings Only)*

**OTHER CIVIL CASE TYPES:**
☐ Eminent Domain/Condemnation*
☐ Eviction Actions (Forcible and Special Detainers)*
☐ Change of Name
☐ Transcript of Judgment
☐ Foreign Judgment
☐ Quiet Title*
☐ Forfeiture*
☐ Election Challenge
☐ NCC – Employer Sanction Action (A.R.S. §23-212)
☐ Injunction against Workplace Harassment
☐ Injunction against Harassment
☐ Civil Penalty
☐ Water Rights (Not General Stream Adjudication)*
☐ Real Property*
☐ Special Action against Lower Courts
　　(See lower court appeal cover sheet in Maricopa)
☐ Immigration Enforcement Challenge (A.R.S. §§1-501, 1-502, 11-1051)

**UNCLASSIFIED CIVIL:**
☐ Administrative Review
　　(See lower court appeal cover sheet in Maricopa)
☐ Tax Appeal
　　(All other tax matters must be filed in the AZ Tax Court)
☐ Declaratory Judgment
☐ Habeas Corpus
☐ Landlord Tenant Dispute – Other*
☐ Declaration of Factual Innocence (A.R.S. §12-771)
☐ Declaration of Factual Improper Party Status
☐ Vulnerable Adult (A.R.S. §46-451)*
☐ Tribal Judgment
☐ Structured Settlement (A.R.S. §12-2901)
☐ Attorney Conservatorships (State Bar)
☐ Unauthorized Practice of Law (State Bar)
☐ Out-of-State Deposition for Foreign Jurisdiction
☐ ~~Secure Attendance of Prisoner~~
☐ Assurance of Discontinuance
☐ In-State Deposition for Foreign Jurisdiction
☐ Eminent Domain – Light Rail Only*
☐ Interpleader – Automobile Only*
☐ Delayed Birth Certificate (A.R.S. §36-333.03)
☑ Employment Dispute – Discrimination*
☑ Employment Dispute – Other*
☐ Verified Rule 45.2 Petition
☑ Other (Specify)* Wrongful termination

**EMERGENCY ORDER SOUGHT:**

☐ Temporary Restraining Order　☐ Provisional Remedy　☐ OSC　☐ Election Challenge
☐ Employer Sanction　☐ Other (Specify) _____

**COMMERCIAL COURT (Maricopa County Only)**

☐ This case is eligible for the commercial court under Rule 8.1, and plaintiff requests assignment of this case to the commercial court. More information on the commercial court, including the most recent forms, are available on the court's website at https://www.superiorcourt.maricopa.gov/commercial-court/.

Additional Plaintiff(s)

_____

_____

Additional Defendant(s)

_____

_____