**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leyosha Smith,<br><br>    Plaintiff,<br><br>v.<br><br>American Red Cross, et al.,<br><br>    Defendants. | No. CV-20-00210-TUC-DCB (LAB)<br><br>**ORDER** |

This case was referred to Magistrate Judge Bowman for pretrial proceedings pursuant to LRCiv. 72. (Doc. 10). Magistrate Judge Bowman granted a motion to dismiss, with leave to amend.

The Court adopts the reasoning of the Magistrate Judge in her Order (Doc. 12) and dismisses the action without further notice. The Plaintiff has now failed to comply with Court directives to respond to the Defendants' Motion to Dismiss and to file an Amended Complaint.

**Accordingly,**

**IT IS ORDERED** that this case is dismissed, and the Clerk of the Court shall close it for the reasons given in Magistrate Judge Bowman's Order (Doc. 12).

Dated this 28th day of September, 2020.

David C. Bury
United States District Judge